UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **SACV 21-1248 MWF**                                   Date:  July 30, 2021

Title      **In Re Jack Richard Finnegan, Debtor**

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court has reviewed the Motion for Withdrawal of Reference filed by Debtor/Movant Jack Richard Finnegan (the "Motion") on July 23, 2021.  (Docket No. 1).  The Court has also reviewed the docket report in this case.

The Court now ORDERS Mr. Finnegan to SHOW CAUSE why the Motion should not be denied.  In response to this Order to Show Cause ("OSC"), the Court will accept all of the following **no later than AUGUST 20, 2021**:

- Payment of the required $150.00 filing fee or filing of a Request to Proceed In Forma Pauperis with Declaration in Support for the Court's consideration.
- Filing of Proof of Service of the Motion.
- Filing of a Certificate of Interested Parties.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **August 20, 2021** will result in the Motion being denied.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **SACV 21-1248 MWF**                                              Date:  July 30, 2021

Title            **In Re Jack Richard Finnegan, Debtor**

    Mr. Finnegan shall review the concurrently filed Self-Representation Order for additional information regarding the Pro Se Clinic.

    IT IS SO ORDERED.

Initials of Preparer:  RS/sjm